930 P.2d 1019

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**Order No. 96–43**
**December 30, 1996**

| | | |
|---|---|---|
| 17423 | Atchley v. Viking Const | Affirmed |

**Order No. 96–44**
**December 31, 1996**

| | | |
|---|---|---|
| 17945 | State v. D'Argis | Affirmed |

**Order No. 96–45**
**December 31, 1996**

| | | |
|---|---|---|
| 18025 | State v. Heckman | Dismissed |

**Order No. 96–46**
**December 31, 1996**

| | | |
|---|---|---|
| 18039 | State v. Toliro | Dismissed |

**Order No. 97–1**
**January 2, 1997**

| | | |
|---|---|---|
| 18310 | State v. Nolan | Affirmed |

**Order No. 97–2**
**January 7, 1997**

| | | |
|---|---|---|
| 18618 | Archey v. State Dept. of Education | Reversed |